# Exhibit "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| FIRST GUARANTY MORTGAGE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO. 1:08-CV-2183-CC |
| v. | ) ) | |
| PAUL J. FLEMING, P.C., a corporation, PAUL J. FLEMING, an individual, and FIRST AMERICAN TITLE INSURANCE COMPANY, a corporation, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF PAUL J. FLEMING

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, PAUL J. FLEMING, who, upon being duly sworn, testifies as follows:

1.

I, PAUL J. FLEMING, am an adult of sound mind and body.  This affidavit is based on my personal knowledge.  I understand that this affidavit will be submitted in connection with the above-referenced civil action.

10444404

2.

I am an alumnus of Loyola University New Orleans School of Law where I received a Juris Doctor degree.  I have been licensed to practice law in the State of Georgia since 1992, where I have practiced and maintained my license to practice since my admission.  I am and have always been in good standing with the State Bar of Georgia.

3.

I am currently practicing law with the law firm of Paul J. Fleming P.C. located at 4040 Old Milton Parkway, Suite 100, Alpharetta, Georgia, 30005.

4.

By education, training and experience, I am experienced in and familiar with the legal standard of care required of lawyers in general.  I am experienced in and familiar with the legal standard of care required of lawyers regarding real estate loan closings.

5.

I am the attorney that was retained and conducted the two residential real estate loan closing transactions on February 22, 2007 for real property purchased by Cheryl Waters and located at the addresses known as 521 Mount Gerazim

Road, Mableton Georgia ("521 Property") and 524 Mount Gerazim Road, Mableton, Georgia ("524 Property").

6.

I have reviewed the documents attached to this Affidavit as Exhibits "A" and "B". These documents represent true and correct copies of the closing instructions that I was provided by or on behalf of the lender for the real estate loan closings related to 521 and 524 Properties respectively.

7.

The written closing instructions direct the closing attorney to perform certain tasks or insure certain tasks are completed prior to disbursing funds at the conclusion of the real estate loan closing.

8.

The closing instructions provided by the Plaintiff lender for the closings on both residential properties("521" and "524" Properties) contained a document identified as the "addendum." This addendum specifically directed the closing attorney to perform only specified tasks, which were designated by the circling of the numbers identifying those tasks. The lender circled the applicable numbers. Item 25 on Exh.. C and Item 28 on Exh.. D. were not circled.(A true and correct copy of the addendum for the 521 Property is attached hereto as Exhibit "C", and

is Bates Stamped No. Fleming 00271;   A true and correct copy of the addendum for the 524 Property is attached hereto as Exhibit "D", and is Bates Stamped No. Fleming 00058).

9.

I read each of the loan closing instructions for the 521 Property and the 524 Property and followed the specific terms of the instructions.

10.

At no time was I advised by the lender to expand, modify or change the closing instructions or to do anything that was not specifically circled on the closing instruction addendum identified as Bates Stamp Nos. Fleming 00271 and Fleming 00058, (Exhibits "C" & "D" herein).

11.

At no time was I advised by the mortgage broker to expand, modify or change the closing instructions or to do anything that was not specifically circled on the closing instruction addendum.

12.

Each lender provides to the closing attorney its specific closing instructions. I complied with each of the specific closing instructions provided to me by the lender for the two closings in issue.

13.

It is reasonable, appropriate, and within the standard of care for the closing attorney to rely upon the lender's written closing instructions and to limit his investigation or preparation of the real estate closing documents to such closing instructions.

14.

It is not within the standard of care for a closing attorney to perform tasks related to a specific real estate loan closing which the lender has not requested in the particular lender's closing instructions.

15.

It was not required under the terms of the contract for professional services between Paul J. Fleming, P.C. and the Plaintiff lender for the closing attorney to perform additional tasks that were not specifically requested by the lender in the closing instructions. Specifically, the written scope of the services requested by lender in its closing instructions did not request nor require the closing attorney, Paul J. Fleming, to perform any task which was not circled on the closing instructions. (See Bates Stamped Exhibit No. Fleming 00271 and Fleming 00058; attached hereto as Exhibits "C" & "D").

16.

It is my strict policy that all changes to any lender's written closing instructions must be received in writing from the lender.

17.

I did not deviate from the Plaintiff/lender's written closing instructions regarding the loan closings related to 521 and 524 Properties.

18.

I did not receive any written or verbal requests from the lender or the broker or anyone else to change or vary in any manner from the closing instructions attached hereto as Exhibit "C" and "D".

19.

No one contacted me or any employee of my law firm verbally or in writing with a request directing me to deviate from the specific requests in the written closing instructions in any respect.

20.

If someone had contacted me or any employee of my law firm verbally to alter the closing instructions, we would have required a written request to implement such requested deviation. No such verbal or written request was

submitted by the lender in the two closings in issue in the above-referenced civil action.


AFFIANT SAYETH FURTHER NAUGHT

_____
Paul J. Fleming

Sworn to and subscribed before me
this 20ᵗʰ day of February , 2009.

_____
NOTARY PUBLIC

My Commission Expires: _____

Ginger Fowler
My Commission Expires
Notary
Public
October 7, 2010
Forsyth County, Georgia

# EXHIBIT "A"

LOAN NAME: WATERS

LOAN NO.:  3200701235

## CLOSING INSTRUCTIONS

| Lender |
|---|
| FIRST GUARANTY MORTGAGE CORPORATION |
| 1300 HIGHWAY 35, PLAZA II, #204 |
| OCEAN , NJ 07712 |
| JENNIFER BARTON |
| PHONE: (732)663-1900 x 30       FAX: (800)524-9052 |

| |
|---|
| ALL DOCUMENTS MUST BE IN OUR OFFICE |
| 24 HOURS |
| AFTER DISBURSEMENT OF LOAN FUNDS |

| Settlement Company |
|---|
| PAUL J. FLEMING |
| 3875 MANSELL ROAD STE 270 |
| ALPHARETTA, GA 30022- |

| Important Dates | |
|---|---|
| DOCUMENT DATE: | FEBRUARY 22, 2007 |
| CLOSING DATE: | FEBRUARY 22, 2007 |
| FUNDING DATE: | FEBRUARY 22, 2007 |
| RESCISSION DATE: | |
| DOCUMENTS EXPIRE: | FEBRUARY 26, 2007 |

| Title Company |
|---|
| PAUL J. FLEMING |
| 3875 MANSELL ROAD STE 270 |
| ALPHARETTA, GA 30022- |
| GINGER |
| PHONE: (770) 933-0033       FAX: (770) 933-0015 |
| ORDER NO: 07010014 |

| Monthly Payment | | |
|---|---|---|
| P & I | $ | 2,791.24 |
| TAX | $ | 259.65 |
| INSURANCE | $ | 73.16 |
| PMI/MMI | $ | 0 |
| OTHER IMPOUNDS | $ | 0 |
| TOTAL | $ | 3,124.05 |

-We enclose the following documents necessary to complete the above-captioned loan.
-Return all documents completed as shown 24 hours after closing.
-Deliver to Borrower one (1) copy of each document signed by Borrower.
-Each Borrower must receive two (2) copies of "Notice of Right to Cancel".

[ X ] **Deed of Trust or Mortgage:** *Conform and Certify   copies. Deliver original to Title Company along with other originals to be recorded.*
[ X ] **Note:** *Conform and Certify   copies.*

| | | |
|---|---|---|
| SPECIAL INST. & PERFORMANCE | IMPORTANT APPLICANT INFORMATION | INTEREST ONLY ADD. TO NOTE |
| ADDENDUM TO NOTE | INTEREST ONLY ADD. TO RIDER | ADDENDUM TO ADJ. RATE RIDER |
| PLANNED UNIT DEVELOPMENT RIDER | 1-4 FAMILY RIDER | ADJUSTABLE RATE RIDER |
| ARM DISCLOSURE | FEDERAL TRUTH-IN-LENDING | FEDERAL T.I.L. DISC STMT (Page |
| COMPLIANCE AGREEMENT | FIRST PAYMENT NOTICE | Form 4506-T RED FOR TRANSCRIPT |
| W-9(d) | BORROWER'S CERT. & AUTHORIZATI | BORROWER PROPERTY COND. CERT. |
| SOCIAL SECURITY NUMBER VERIFICATION | ADDENDUM TO HUD-1 | AFFIDAVIT OF PENDING LOANS |
| FLOOD ZONE NOTIFICATION | RESPA SERVICING DISCLOSURE | INITIAL ESCROW ACCOUNT DISCL |
| CORRECTION AGENT/POWER ATTY | WARRANTY OF COMPLETION | APPLICATION DISCLOSURE |
| LOAN FINANCING AGREEMENT | WAIVER OF BORROWER'S RIGHTS RIDER | |

[   ]  FHA 2900 or VA 1876/1820 - Borrower to execute and return all copies.  DO NOT DATE.
IN ADDITION TO THE ABOVE, FURNISH US THE FOLLOWING WHEN REQUESTING FUNDS:
[   ] Term te Report.
[XX] Certified copy of your original Closing Instructions.

SEE ATTACHED "ADDENDUM TO CLOSING INSTRUCTIONS - FUNDING CONDITIONS".

PRIOR TO CLOSING WE WILL OBTAIN:
[   ] Final Compliance Inspection Report.
    ALTA POLICY must contain Endorsements 100, 116, 8.1 and 8.1.111.5
    with liability in the amount of our loan on property described herein.
    LIABILITY SUBJECT ONLY TO: (Gen. & Spec. taxes) Fiscal Year 2007       DUE ALL PAID
    Funds may be used for account of the vestees, and you will record all instruments when you comply with
    the following:
    1. Issue said form of Policy showing title vested as shown on page 2.
    2. Issue said form of Policy free from encumbrances except items
       of preliminary Title Report dated 01/16/2007
       Secondary financing in the amount of $                 has been approved.

*-7986-1538-8460
2/2c

Page 1 of 3                    LENDER SUPPORT SYSTEMS, INC. GEN-159.GEN (08/03)

FLEMING_00267

LOAN NAME: WATERS

LOAN NO.: 3200701236

## CLOSING INSTRUCTIONS

| Borrowers: CHERYL Y. WATERS, UNMARRIED | |
|---|---|
| Property Address: 521 MOUNT GERIZIM ROAD SE, MABLETON, GA 30126- | |
| Mailing Address: 3200 NORTH SANTA ANITA AVENUE, ALTADENA, CA 91001-1840 | |
| Property County: COBB | Case Number: N/A |
| First Payment Date: APRIL 01, 2007 | Last Payment Date: MARCH 01, 2037 |
| Loan Amount: $ 311,580.00 | Interest Rate: 10.750% Term: 360 months | Investor: |
| Sales Price: $ 311,580.00 | Loan Type: ARM | Program: 026L INTEREST ONLY |

### FEES:

| | Lender | Broker | Borrower Due | Seller Due | Borrower POC | Pay To |
|---|---|---|---|---|---|---|
| BROKER FEE | $ | $ 200.00 | $ 200.00 | $ | $ | YOUR MORTGAGE SOURCE LLC. |
| TAX SERVICE FEE | $ 78.00 | $ | $ 78.00 | | $ | FIRST GUARANTY MORTGAGE |
| FLOOD CERTIFICATION FEE | $ 18.00 | $ | $ 18.00 | | $ | FIRST AMERICAN |
| COMMITMENT FEE | $ 895.00 | $ | $ 895.00 | | $ | FIRST GUARANTY MORTGAGE |
| COURIER/EMAIL FEES | $ 75.00 | $ | $ 75.00 | | $ | PAUL J. FLEMING |
| BROKER ORIGINATION POINT | $ | $ 1,500.00 | $ 1,500.00 | | $ | YOUR MORTGAGE SOURCE LLC. |
| ATTORNEY FEE | $ 750.00 | $ | $ 750.00 | | $ | PAUL J. FLEMING |
| BROKER APPLICATION FEE | $ | $ 400.00 | $ 400.00 | | $ | YOUR MORTGAGE SOURCE LLC. |
| DESK/FIELD REVIEW FEE | $ 65.00 | $ | $ 65.00 | | $ | FGMC |
| APPRAISAL REVIEW FEE | $ 150.00 | $ | $ 150.00 | | $ | FGMC |
| CREDIT REPORT FEE | $ 18.37 | $ | $ 18.37 | | $ | CREDCO |
| APPRAISAL FEE | $ 75.00 | $ | $ 75.00 | | $ 350.00 | MARK CATO APPRAISALS |
| BROKER CREDIT REPORT | $ | $ 14.50 | $ 14.50 | | $ | YOUR MORTGAGE SOURCE LLC. |
| 7 DAYS @ $ 93.041 | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| | $ | $ | $ | | $ | |
| TOTALS: | $ | $ | $ 4,238.87 | $ | $ 350.00 | |

DEDUCTION SUBTOTAL $ 4,238.87

| PAYOFFS: | |
|---|---|
| ☐ Closing Agent to pay directly to creditor. | |
| ☐ Lender to pay. Will be deducted from check/wire. | |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| TOTAL PAYOFFS | $ |

| IMPOUNDS: | | |
|---|---|---|
| 5 MOS. COUNTY TAX | @ $ 259.65 = | $ 1,298.25 |
| 3 MOS. HAZ. INS. | @ $ 73.16 = | $ 219.48 |
| AGGREGATE ADJUSTMENT | (65.97) | |
| TOTAL IMPOUNDS | | $ 1,451.76 |

| PER DIEM INTEREST: | |
|---|---|
| $ 93.041 PER DIEM INTEREST | |
| FROM 02/22/2007 TO 03/01/2007 = | $ 651.29 |

| These are FEES NOT paid by the Borrower | | | |
|---|---|---|---|
| YIELD SPREAD PREMIUM | 1.000 % = $ | 3,115.80 |
| | % = $ | |
| | % = $ | |
| | % = $ | |

CHECK / WIRE TO THE TITLE COMPANY   CHECK / WIRE NO. _____   $ 319,368.38
$

**IF YOU HAVE QUESTIONS ON THE ABOVE CHARGES PLEASE
NOTIFY THIS OFFICE PRIOR TO CLOSING.**

Page 2 of 1

FLEMING_00268

LOAN NAME: WATERS

## CLOSING INSTRUCTIONS

LOAN NO.: 3200701295

-Two certified copies of Borrower's & Seller's Settlement Statement must be forwarded within 24

-If for any reason this loan does not close, please return all documents.

I have read, understand, and have complied with all requirements listed on these instructions.

**ACKNOWLEDGED AND ACCEPTED:**

_____   _____   _____
CHERYL C WATERS                   Date      Date

_____   _____   _____
                                  Date      Date

_____   _____   _____
                                  Date      Date

_____   _____   _____
                                  Date      Date

By my signature hereon, I acknowledge that I have read, understand, and have complied with all requirements listed on these instructions any Addendums hereto, and with all requirements relating to settlement agent responsibilities under the 1986 Tax Reform Act.

FIRST GUARANTY MORTGAGE CORPORATION

_____   _____   _____
Closing Agent                     Date      Lender's Authorized Signature    Date

FLEMING_00269

# NOTICE

## First Guaranty Mortgage Corporation requires the following items to be faxed to <u>1-800-524-9052</u> for review/approval in order to receive a funding control number, which is required before you are authorized to disburse of any of our funds:

1. HUD-1, signed and dated by all parties
2. 1003 generated by FGMC, signed by borrowers
3. Completed Real Estate Tax Certification form
4. FGMC Signed 24 hour notice (included in this document)
5. FGMC Signed Funding Notice (included in this document)
6. Clear photo ID for ALL borrowers with current address and completed customer identification form
7. Fully executed Final Truth-in-lending & Itemization
8. Copy of the check/certified funds borrower brought to closing to satisfy the cash required to close. The funds must be drawn from account listed on closing instructions/FGMC 1003.
9. All pages of the Security Instrument (Mortgage/Deed), fully executed by all parties
10. Any outstanding items listed on the closing addendum page must be sent for review/approval.

---

**ALL ORIGINALS MUST BE RETURNED IN THE CLOSED LOAN PACKAGE OR THE FUNDING NUMBER IS NULL AND VOID!**

## *PLEASE OVERNIGHT THE CLOSED LOAN PACKAGE TO DOCUMENT CONTROL WITHIN 24 HOURS OF CLOSING.*

FLEMING_00270

LOAN NAME: WATERS

LOAN NO.: 3200701235

## ADDENDUM TO CLOSING INSTRUCTIONS

### FUNDING CONDITIONS

678 808 24 37(2401

The following conditions must be met prior to funding. Please include all necessary documentation with the funding package.

1) ** BROKER TO PROVIDE **FULLY EXECUTED FAIR LENDING DISCLOSURE

2) SATISFACTORY EVIDENCE OF SOIL TREATMENT FOR WOOD DESTROYING INSECTS UW TO REVIEW

3) THIRD PARTY FEES COLLECTED ON HUD1/SETTLEMENT STATEMENT MUST BE SUPPORTED BY AN INVOICE

4) FINAL HUD1/SETTLEMENT STATEMENT TO REFLECT EMD OF $500; MAXIMUM SELLER CONTRIBUTION IS LESSOR OF ACTUAL CLOSING COSTS OR 3% OF PURCHASE PRICE

5) CPL LETTER TO REFLECT BORROWERS NAME AND PROPERTY ADDRESS

6) FUNDS FOR CLOSING DRAWN FROM FINANCIAL CREDIT UNION, ACCOUNT #11010470. PLEASE FAX A COPY OF CHECK TO FGMC

7) PLEASE PAY HAZARD PREMIUM AT CLOSING OR PROVIDE PAID RECEIPT. MUST BE NOTED ON HUD-1

8) BROKER MUST BE APPROVED AND IN GOOD STANDING WITH FGMC PRIOR TO THIS LOAN BEING FUNDED

9) CLOSED LOAN PACKAGE TO BE RETURNED TO OUR VA OFFICE. FGMC ATTN:DAVID JERGE 8180 GREENSBORO DRIVE MCLEAN VA 22102

10) SCH A TO REFLECT BUYERS NAME

11) IF YOU NEGLECT TO SEND ANY OF THE ITEMS REQUESTED. IT WILL BE THE RESPONSIBILITY OF THE TITLE / ATTORNEY TO PROVIDE AFTER THE FACT AT THEIR COST., ANY LOSSES RESULTING FROM NOT SENDING UPON REQUEST WILL BE YOURS.

12) THE WITNESS(ES) MUST SIGN THE DEED OF TRUST/MORTGAGE ON THE WITNESS SIGNATURE LINE. THE NOTARY SEALS MUST BE LEGIBLE ON COPIES OF THE DEED OF TRUST/MORTGAGE.

13) FLOOD CERTIFICATION AND SIGNED NOTIFICATION LETTER TO BE SIGNED BY BORROWER AT SETTLEMENT

14) BORROWERS TO SIGN THEIR NAMES AS THEY APPEAR ON ALL LOAN DOCUMENTS.

15) HUD-1 TO BE FAXED PRIOR TO AND AFTER THE SIGNING OF THIS TRANSACTION FOR APPROVAL. IF HUD-1 IS NOT APPROVED BY LENDER YOU WILL BE RESPONSIBLE FOR ANY ERRORS AFTER SETTLEMENT TO BE CORRECTED.

16) REAL ESTATE TAXES DUE WITHIN 60 DAYS OF SETTLEMENT MUST BE COLLECTED AND PAID OF RECORD.

17) ORIGINAL TITLE COMMITMENT TO BE SENT IN CLOSED LOAN PACKAGE. LOAN AMOUNT OF $ MORTGAGE CLAUSE: FIRST GUARANTY MORTGAGE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS, AS THEIR INTEREST

18) ALL PREVIOUS LIENS OF ANY KIND, INCLUDING JUDGEMENT TO BE PAID `OFF AND RELEASED, FGMC TO BE IN 1ST LIEN POSITION.

19) THE TITLE COMPANY MUST CERTIFY THAT THERE HAS BEEN NO TRANSFER OF TITLE DURING THE 12 MONTHS PRIOR TO CLOSING ON ALL PURCHASE TRANSACTIONS. IF A TRANSFER HAS OCCURED, CONTACT THE CLOSING DEPARTMENT

20) YOU MUST RECEIVE A WRITTEN APPROVAL AND FUNDING NUMBER FROM FGMC PRIOR TO DISBURSING THE FUNDS

21) PLEASE FAX THE SIGNED HUD1, SIGNED FGMC 1003, 24 HOUR NOTICE, COMPLETED TAX CERTIFICATION FORM, FUNDING LETTER, TRUTH-IN- LENDING, ITEMIZATION

22) Closing Agent to accept funds only from the borrower and only if drawn on one of the specific financial institutions that were listed on the 1003 (for "stated" loans) or verified (for "full doc" loans)(continued below)

23) continued from above: by the lender during the processing or underwriting of the loan and drawn on the borrower's account (unless a cashier's check or bank check from a stated/verified institution is provided)

24) Closing Agent to notify us in writing prior to closing the loan if title to the subject property has changed hands within the past 180 days, and/or the new mortgage represents an increase of over twenty-five percent (25%)(Con

25) Continued from above:of a previous mortgage made during that same period; and/or the agent has knowledge of previous, concurrent, or subsequent transactions involving the borrower(s) or the subject property.

26) THIS LOAN CANNOT DISBURSE UNTIL THE FOLLOWING DOCUMENTS HAVE BEEN REVIEWED AND APPROVED BY FGMC CLOSER. (NOTE, DTT AND RIDERS, TRUTH-IN-LENDING, HUD-1)

27) FIGURES ARE NOT ALLOWED TO CHANGE WITHOUT THE APPROVAL OF FGMC.

28) IF THE LOAN DOES NOT CLOSE, FGMC TO BE NOTIFIED AND THE FUNDS RETURNED IMMEDIATELY.

29) FINAL TITLE POLICY TO REFLECT NO EXCEPTIONS AS TO MATTERS OF SURVEY. PLEASE ISSUE AN ALTA 100 OR 300 FOR SURVEY, 8.1 FOR EPA AND ANY OTHERS.

30) ALL TRANSACTIONS ON THE HUD-1 STATEMENT THAT ARE NOT REFLECTED AS A RECORDED PAYOFF ON TITLE MUST BE APPROVED BY FGMC PRIOR TO CLOSING.

31) Borrower to sign AKA at Closing.

32) Closing Agent to complete the "Customer Identification Form" and attach a copy of the documentation evidencing the borrowers identity.

33) THIS IS A PURCHASE TRANSACTION. NO CASH OUT ALLOWED. NO RESCISSION WILL BE OBSERVED. ONLY OUR SECOND ALLOWED.

34) ALL PAGES OF THE NOTE AND MORTGAGE/DEED OF TRUST AND ALL RIDERS TO BE INITIALED BY ALL BORROWERS

35) ALL PAGES OF THE MORTGAGE/DEED OF TRUST AND ANY/ALL RIDERS TO BE RETURNED WITH THE CLOSING PACKAGE

36) ** **BROKER TO PROVIDE** ** SIGNED & DATED 1003, GFE & TIL FOR CORRECT LOAN AMOUNT: PROOF ARM DISCLOSURE WAS ISSUED WITHIN COMPLIANCE

*All circled conditions required to fund*

Initials: _____

LENDER SUPPORT SYSTEMS, INC. GEN-138.OEN

FLEMING_00271

# NOTICE

# WITHIN 24 HOURS OF CLOSING:

# COMPLETE CLOSING PACKAGE AND ORIGINAL EXECUTED NOTE & COPY OF THE MORTGAGE IS TO BE RETURNED OVERNIGHT COURIER TO:

**First Guaranty Mortgage Corporation**
**8180 Greensboro Drive #500**
**McLean, VA 22102**
**ATTN:  Document Control / Closing**
## Attn: David Jerge
## Document Control/Closing

| |
|---|
| If the above instructions are not complied with, FGMC will charge the closing agent a $100.00 per day penalty. |

_____          Paul J. Fleming
CLOSING AGENT SIGNATURE           PRINTED NAME OF CLOSING AGENT

This form must be returned in order to obtain a funding number.

FLEMING_00272

# NOTICE

## You cannot disburse without receiving a
## <u>WRITTEN FUNDING CONTROL</u>
## <u>NUMBER</u> from
## First Guaranty Mortgage Corporation

BORROWER: _Cheryl Y. Waters_

LOAN # : _320070I235_

**BORROWERS BOTTOM LINE FIGURE $**_____

---

To be completed by FGMC:

FGMC funding control number _12441_

_____        _2/23/07_____
FGMC closing department signature              Date funding number was issued

---

**Please return the completed form with the closing
package within 24 hours of receiving the funding
control number to:**

**First Guaranty Mortgage Corp
8180 Greensboro Drive #500
McLean, VA 22102**
**ATTN: David Jerge / Document Control / Closing**

I understand that I am not authorized to disburse the funds from First Guaranty Mortgage Corp until I
obtain a funding control number issued above.

_____        _Paul J. Fleming_____
CLOSING AGENT SIGNATURE              PRINTED NAME OF CLOSING AGENT

**THIS FORM MUST BE RETURNED WITH THE FINAL HUD-1 BEFORE A
WRITTEN FUNDING NUMBER WILL BE ISSUED.**

Funding numbers will be issued Monday – Friday, 8:30 a.m. – 4:45 p.m. EST only.

FLEMING_00273

**GT** *First Guaranty*
*Mortgage Corporation*

1300 Highway 35 | Plaza II, Suite 204
Ocean, New Jersey 07712

45 pgs

| To: | 770-933-0015 0015 | From: | Jennifer Barton<br>732.663.1900 ext. 30 (phone)<br>800-524-9052 (fax)<br>JBarton@fgmc.com |
|---|---|---|---|
| Fax: | 770-933-0033 | Pages: | |
| Phone: | 770-933-0033 | Date: | 2/20 |
| Re: | Waters 20070235 — 521 Mt. Gerrin. | | |

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Mailaubry closing 2/22/07

Please fax the following items in order to receive a funding control number:

1. HUD-1 signed by all parties

2. Signed 1003 generated by FGMC (emailed with closing package)

3. Completed Real Estate Tax Certification Form

4. FGMC signed 24 hour notice – emailed with closing package

5. FGMC signed funding notice – emailed with closing package

6. Clear photo ID for all borrowers, showing current address and customer identification form, completed

7. Signed TIL, itemization & notice of right to cancel (if applicable)

8. ** Circled funding conditions from the closing instructions attached ***

#2 termite   #5 CPL w/name address
#10 corrected title   #26 note mtg

Please see addendum

TAXED

**Funding conditions must be faxed by 4:45 pm EST to receive a funding number.**

All originals must be returned in the closed loan package or the funding number is null and void.

This message is intended only for the use of individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above via the U.S. postal service.

#5 & 10 I sent yesterday

*Underwriting the American Dream™*

FLEMING_00275



**First Guaranty**
Mortgage Corporation

1300 Highway 35 | Plaza II, Suite 204
Ocean, New Jersey 07712

*26085*

| To: 770- 933- 0015 | From: | Jennifer Barton<br>732.663.1900 ext. 30 (phone)<br>800-524-9052 (fax)<br>JBarton@fgmc.com |
|---|---|---|
| Fax: 770-933-0833 | Pages: | |
| Phone: 770-933-0033 | Date: 2/20 |
| Re: Waters 320070235- 521 Mt. Gerum |



☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

*Marlaubry Closing 2/22/07*

Please fax the following items in order to receive a funding control number:

1. HUD-1 signed by all parties
2. Signed 1003 generated by FGMC (emailed with closing package)
3. Completed Real Estate Tax Certification Form
4. FGMC signed 24 hour notice – emailed with closing package
5. FGMC signed funding notice – emailed with closing package
6. Clear photo ID for all borrowers, showing current address and customer identification form, completed
7. Signed TIL, itemization & notice of right to cancel (if applicable)
8. ** Circled funding conditions from the closing instructions attached ***

*Please see addendum*

_____

_____

_____

**Funding conditions must be faxed by 4:45 pm EST to receive a funding number.**

**All originals must be returned in the closed loan package or the funding number is null and void.**

This message is intended only for the use of individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above via the U.S. postal service.

*Underwriting the American Dream™*

FLEMING_00276

# DO NOT
## CLOSE THIS LOAN!

… Until you have faxed the HUD-1 to the FGMC
Closing Dept. and received a signed copy faxed to
you, **authorizing the HUD-1 to close as prepared!**

### Please fax to 1-800-524-9052

The HUD-1 must show vendors exactly as instructed. Non-
compliance will result in penalties your company will be
forced to pay.

If the loan does not close and funds are received in the form
of a wire, you need to notify the FGMC Closing Department
**immediately.** The Settlement Company is responsible for
returning the wire within 24 hours.

**HUD-1 Confirmation and Approval**          *524*

Borrower(s) Name(s): _Waters_
Closing Date: _2/22_

| Initial/Date | |
|---|---|
| | HUD-1 has been reviewed and is approved for closing. |
| _JB2021_ Initial/Date | HUD-1 has been reviewed and the following changes need to be made: |
| Line # | Should Read: |
| Sec E | _Please put seller address_ |
| 164 | _Please change to notary fee_ |

*710 933 0015*

**This form must be faxed and approved before Closing.**
**Failure to do so may result in a delay of funding.**

Thank you for your cooperation.

FLEMING_00278

File No. 8335/521 - Waters Page #1

FROM:
Mark Cato
Mark Cato Appraisals
P.O. 801357
Acworth, GA 30101

# INVOICE

0000521

**Paul J. Fleming**
**Attorney at Law**
**3875 Mansell Road, Suite 270**
**Alpharetta, GA 30022**
**Phone (770) 933-0033**
**Facsimile (770) 933-0015**

To: Jennifer @ 8.524.9052

From: Ginger

Date: 2/21

Re: Waters - 521 Mt Gerizim

Number of Pages (with cover):  ~~2~~ 3

HUD for approval, corrected schedule A & ICL

*Revised HUD*

FLEMING_00281

# EXHIBIT "B"

10444404

LOAN NAME: WATERS                                                    LOAN NO.: 3200701234

## CLOSING INSTRUCTIONS

| Lender: | |
|---|---|
| FIRST GUARANTY MORTGAGE CORPORATION | ALL DOCUMENTS MUST BE IN OUR OFFICE |
| 1300 HIGHWAY 35, PLAZA II, #204 OCEAN , NJ 07712 | 24 HOURS |
| JENNIFER BARTON PHONE: (732)583-1600  x 30          FAX: (800)524-9052 | AFTER DISBURSEMENT OF LOAN FUNDS |

| Settlement Company | Important Dates | |
|---|---|---|
| PAUL J. FLEMING | DOCUMENT DATE: | FEBRUARY 22, 2007 |
| 3875 MANSELL ROAD STE 270 | CLOSING DATE: | FEBRUARY 22, 2007 |
| ALPHARETTA, GA  30022- | FUNDING DATE: | FEBRUARY 22, 2007 |
| | RESCISSION DATE: | |
| | DOCUMENTS EXPIRE: | FEBRUARY 26, 2007 |

| Title Company | Monthly Payment | |
|---|---|---|
| PAUL J. FLEMING | P & I | $    2,791.24 |
| 3875 MANSELL ROAD STE 270 | TAX | $      269.65 |
| ALPHARETTA, GA  30022- | INSURANCE | $        78.83 |
| GINGER | PMI/MMI | $            0 |
| PHONE: (770) 933-0033          FAX: (770) 933-0015 | OTHER IMPOUNDS | $            0 |
| ORDER NO: 06120368 | TOTAL | $    3,139.72 |

-We enclose the following documents necessary to complete the above-captioned loan.
-Return all documents completed as shown 24 hours after closing.
-Deliver to Borrower one (1) copy of each document signed by Borrower.
-Each Borrower must receive two (2) copies of "Notice of Right to Cancel".

[ X ]  Deed of Trust or Mortgage: *Conform and Certify  copies. Deliver original to Title Company along with all others to be recorded.*
[ X ]  Note: *Conform and Certify  copies.*

| | | |
|---|---|---|
| SPECIAL INST. & PERFORMANCE | IMPORTANT APPLICANT INFORMATION | INTEREST ONLY ADD. TO NOTE |
| ADDENDUM TO NOTE | INTEREST ONLY ADD. TO RIDER | ADDENDUM TO ADJ. RATE RIDER |
| PLANNED UNIT DEVELOPMENT RIDER | 1-4 FAMILY RIDER | ADJUSTABLE RATE RIDER |
| ARM DISCLOSURE | FEDERAL TRUTH-IN-LENDING | FEDERAL T.I.L. DISC STMT (Page |
| COMPLIANCE AGREEMENT | FIRST PAYMENT NOTICE | Form 4506-T REQ FOR TRANSCRIPT |
| W-9(a) | BORROWER'S CERT. & AUTHORIZATI | BORROWER PROPERTY COND. CERT. |
| SOCIAL SECURITY NUMBER VERIFICATION | ADDENDUM TO HUD-1 | AFFIDAVIT OF PENDING LOANS |
| FLOOD ZONE NOTIFICATION | RESPA SERVICING DISCLOSURE | INITIAL ESCROW ACCOUNT DISCL |
| CORRECTION AGRMT/POWER ATTY | WARRANTY OF COMPLETION | APPLICATION DISCLOSURE |
| LOAN FINANCING AGREEMENT | WAIVER OF BORROWER'S RIGHTS RIDER | |

[   ]  FHA 2900 or VA 1876/1820 - Borrower to execute and return all copies.  DO NOT DATE.
IN ADDITION TO THE ABOVE, FURNISH US THE FOLLOWING WHEN REQUESTING FUNDS:
[   ]  Termite Report.
[XX]  Certified copy of your original Closing Instructions.

SEE ATTACHED "ADDENDUM TO CLOSING INSTRUCTIONS - FUNDING CONDITIONS".

PRIOR TO CLOSING WE WILL OBTAIN:
[   ] Final Compliance Inspection Report.
    ALTA POLICY must contain Endorsements 100, 116, 8.1 and 8.1,111.5
    with liability in the amount of our loan on property described herein.
    LIABILITY SUBJECT ONLY TO: (Gen. & Spec. taxes) Fiscal Year 2007          DUE ALL PAID
    Funds may be used for account of the vestees, and you will record all instruments when you comply with
    the following.
    1.  Issue said form of Policy showing title vested as shown on page 2.
    2.  Issue said form of Policy free from encumbrances except items
        of preliminary Title Report dated 01/19/2007
        Secondary financing in the amount of $              has been approved.

FLEMING_00056

LOAN NAME WATERS

# 7986-7538-8460

LOAN NO.: 3200701234

## CLOSING INSTRUCTIONS

| | |
|---|---|
| **Borrowers:** CHERYL Y. WATERS, UNMARRIED | |

| | |
|---|---|
| **Property Address:** 524 MOUNT GERIZIM ROAD SE, MABLETON, GA 30126 | |
| **Mailing Address:** 3200 NORTH SANTA ANITA AVENUE, ALTADENA, CA 91001-1640 | |
| **Property County:** COBB | **Case Number:** N/A |
| **First Payment Date:** APRIL 01, 2007 | **Last Payment Date:** MARCH 01, 2037 |
| **Loan Amount:** $ 311,580.00 | **Interest Rate:** 10.750% **Term:** 360 months | **Investor:** |
| **Sales Price:** $ 311,580.00 | **Loan Type:** ARM | **Program:** G26L INTEREST ONLY |

### FEES:

| | Lender | Broker | Borrower Due | Seller Due | Borrower POC | Pay To |
|---|---|---|---|---|---|---|
| BROKER FEE | | 200.00 | 200.00 | | | YOUR MORTGAGE SOURCE LLC. |
| TAX SERVICE FEE | 78.00 | | 78.00 | | | FIRST GUARANTY MORTGAGE |
| FLOOD CERTIFICATION FEE | 18.00 | | 18.00 | | | FIRST AMERICAN |
| COMMITMENT FEE | 895.00 | | 895.00 | | | FIRST GUARANTY MORTGAGE |
| COURIER/EMAIL FEES | 75.00 | | 75.00 | | | PAUL J. FLEMING |
| BROKER ORIGINATION POINT | | 1,500.00 | 1,500.00 | | | YOUR MORTGAGE SOURCE LLC. |
| ATTORNEY FEE | 750.00 | | 750.00 | | | PAUL J. FLEMING |
| BROKER APPLICATION FEE | | 400.00 | 400.00 | | | YOUR MORTGAGE SOURCE LLC. |
| DESK/FIELD REVIEW FEE | 65.00 | | 65.00 | | | FGMC |
| APPRAISAL REVIEW FEE | 150.00 | | 150.00 | | | FGMC |
| CREDIT REPORT FEE | 18.37 | | 18.37 | | | CREDCO |
| APPRAISAL FEE | 75.00 | | 75.00 | | 350.00 | MARK CATO APPRAISALS |
| BROKER CREDIT REPORT | | 14.50 | 14.50 | | | YOUR MORTGAGE SOURCE LLC. |
| 7 DAYS @ $ 93.041 | | | | | | |
| | | | | | | |
| **TOTALS:** | $ | $ | $ 4,238.87 | $ | $ 350.00 | **DEDUCTION SUBTOTAL** $ 4,238.87 |

| **PAYOFFS:** | | **IMPOUNDS:** | | |
|---|---|---|---|---|
| ☐ Closing Agent to pay directly to creditor. | | 5 MOS. COUNTY TAX | @$ 259.65 = | $ 1,298.25 |
| ☐ Lender to pay. Will be deducted from check/wire. | | 2 MOS. HAZ. INS. | @$ 78.83 = | $ 157.66 |
| | $ | AGGREGATE ADJUSTMENT | | (32.50) |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | | | |
| | $ | **TOTAL IMPOUNDS** | | $ 1,423.41 |

| **TOTAL PAYOFFS** | $ | **PER DIEM INTEREST:** | | |
|---|---|---|---|---|
| | | $ 93.041 PER DIEM INTEREST | | |
| | | FROM 02/22/2007 TO 03/01/2007 = | $ | 651.29 |

These are FEES NOT paid by the Borrower

| YIELD SPREAD PREMIUM | 1.000 % = | 8,115.80 |
|---|---|---|
| | % = $ | |
| | % = $ | |
| | % = $ | |

| CHECK / WIRE TO THE TITLE COMPANY | CHECK / WIRE NO. | | | | $311,296.73 |
|---|---|---|---|---|---|
| | | | | | $ |

IF YOU HAVE QUESTIONS ON THE ABOVE CHARGES PLEASE
NOTIFY THIS OFFICE PRIOR TO CLOSING.

Page 2 of 3

FLEMING_00057

LOAN NAME: WATERS

LOAN NO.: 3200701234

## CLOSING INSTRUCTIONS

-Two certified copies of Borrower's & Seller's Settlement Statement must be forwarded within 24
-If for any reason this loan does not close, please return all documents.

I have read, understand, and have complied with all requirements listed on these instructions.

ACKNOWLEDGED AND ACCEPTED:

_Cheryl Y. Waters_____  _2/22/07_    _____
CHERYL Y. WATERS                 Date                                                        Date

_____  Date        _____  Date

_____  Date        _____  Date

_____  Date        _____  Date

By my signature hereon, I acknowledge that I have read, understand, and have complied with all requirements listed
on these instructions any Addendums hereto, and with all requirements relating to settlement agent responsibilities
under the 1986 Tax Reform Act.

FIRST GUARANTY MORTGAGE CORPORATION

_____  _2/22/07_    _____
Closing Agent                 Date        Lender's Authorized Signature        Date

Page 3 of 3

FLEMING_00059

# NOTICE

**First Guaranty Mortgage Corporation requires the following items to be faxed to <u>1-800-524-9052</u> for review/approval in order to receive a funding control number, which is required before you are authorized to disburse of any of our funds:**

1. HUD-1, signed and dated by all parties
2. 1003 generated by FGMC, signed by borrowers
3. Completed Real Estate Tax Certification form
4. FGMC Signed 24 hour notice (included in this document)
5. FGMC Signed Funding Notice (included in this document)
6. Clear photo ID for ALL borrowers with current address and completed customer identification form
7. Fully executed Final Truth-in-lending & Itemization
8. Copy of the check/certified funds borrower brought to closing to satisfy the cash required to close. The funds must be drawn from account listed on closing instructions/FGMC 1003.
9. All pages of the Security Instrument (Mortgage/Deed), fully executed by all parties
10. Any outstanding items listed on the closing addendum page must be sent for review/approval.

---

**ALL ORIGINALS MUST BE RETURNED IN THE CLOSED LOAN PACKAGE OR THE FUNDING NUMBER IS NULL AND VOID!**

---

*PLEASE OVERNIGHT THE CLOSED LOAN PACKAGE TO DOCUMENT CONTROL WITHIN 24 HOURS OF CLOSING.*

FLEMING_00055

LOAN NAME: WATERS

ADDENDUM TO CLOSING INSTRUCTIONS
FUNDING CONDITIONS

LOAN NO.: 3200701234

The following conditions must be met prior to funding. Please include all necessary documentation with the funding package.

(1) FULLY EXECUTED ADDENDA REFERENCED AT #15 OF NEW CONSTRUCTION PURCHASE AND SALE AGREEMENT. UW TO REVIEW

(2) **BROKER TO PROVIDE** SIGNED & DATED 1003, GFE & TIL FOR CORRECT LOAN AMOUNT: PROOF ARM DISCLOSURE WAS ISSUED WITHIN COMPLIANCE

(3) **BROKER TO PROVIDE** FULLY EXECUTED FAIR LENDING DISCLOSURE

(4) SATISFACTORY EVIDENCE OF SOIL TREATMENT FOR WOOD DESTROYING INSECTS. UW TO REVIEW

(5) THIRD PARTY FEES COLLECTED ON HUD1/SETTLEMENT STATEMENT MUST BE SUPPORTED BY AN INVOICE

(6) FINAL HUD1/SETTLEMENT STATEMENT TO REFLECT EMD OF $500; MAXIMUM SELLER CONTRIBUTION IS LESSOR OF ACTUAL CLOSING COSTS OR 3% OF PURCHASE PRICE

(7) APPRAISER TO PROVIDE CORRECT CENSUS TRACT (0319.11)

(8) CPL LETTER TO REFLECT BORROWERS NAME AND PROPERTY ADDRESS

(9) FUNDS FOR CLOSING DRAWN FROM FINANCIAL CREDIT UNION, ACCOUNT #11010479. PLEASE FAX A COPY OF CHECK TO FGMC

(10) SCH A TO REFLECT PROPOSED INSURED AS CHERYL Y. WATERS

(11) PLEASE PAY HAZARD PREMIUM AT CLOSING OR PROVIDE PAID RECEIPT. MUST BE NOTED ON HUD-1

(12) BROKER MUST BE APPROVED AND IN GOOD STANDING WITH FGMC PRIOR TO THIS LOAN BEING FUNDED

(13) CLOSED LOAN PACKAGE TO BE RETURNED TO OUR VA OFFICE. FGMC ATTN:DAVID JERGE 8180 GREENSBORO DRIVE STE 500 MCLEAN VA 22102

14) IF YOU NEGLECT TO SEND ANY OF THE ITEMS REQUESTED. IT WILL BE THE RESPONSIBILITY OF THE TITLE / ATTORNEY TO PROVIDE AFTER THE FACT AT THEIR COST.. ANY LOSSES RESULTING FROM NOT SENDING UPON REQUEST WILL BE YOURS.

15) THE WITNESS(ES) MUST SIGN THE DEED OF TRUST/MORTGAGE ON THE WITNESS SIGNATURE LINE. THE NOTARY SEALS MUST BE LEGIBLE ON COPIES OF THE DEED OF TRUST/MORTGAGE.

16) FLOOD CERTIFICATION AND SIGNED NOTIFICATION LETTER TO BE SIGNED BY BORROWER AT SETTLEMENT

17) BORROWERS TO SIGN THEIR NAMES AS THEY APPEAR ON ALL LOAN DOCUMENTS.

(18) HUD-1 TO BE FAXED PRIOR TO AND AFTER THE SIGNING OF THIS TRANSACTION FOR APPROVAL. IF HUD-1 IS NOT APPROVED BY LENDER YOU WILL BE RESPONSIBLE FOR ANY ERRORS AFTER SETTLEMENT TO BE CORRECTED.

(19) REAL ESTATE TAXES DUE WITHIN 60 DAYS OF SETTLEMENT MUST BE COLLECTED AND PAID OF RECORD.

20) ORIGINAL TITLE COMMITMENT TO BE SENT IN CLOSED LOAN PACKAGE. LOAN AMOUNT OF $_____ MORTGAGEE CLAUSE: FIRST GUARANTY MORTGAGE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS, AS THER INTEREST

21) ALL PREVIOUS LIENS OF ANY KIND, INCLUDING JUDGEMENT TO BE PAID  OFF AND RELEASED, FGMC TO BE IN 1ST LIEN POSITION.

22) THE TITLE COMPANY MUST CERTIFY THAT THERE HAS BEEN NO TRANSFER OF TITLE DURING THE 12 MONTHS PRIOR TO CLOSING ON ALL PURCHASE TRANSACTIONS.   IF A TRANSFER HAS OCCURED, CONTACT THE CLOSING DEPARTMENT

(23) YOU MUST RECEIVE A WRITTEN APPROVAL AND FUNDING NUMBER FROM FGMC PRIOR TO DISBURSING THE FUNDS

(24) PLEASE FAX THE SIGNED HUD1, SIGNED FGMC 1003, 24 HOUR NOTICE, COMPLETED TAX CERTIFICATION FORM, FUNDING LETTER, TRUTH-IN- LENDING, ITEMIZATION

25) Closing Agent to accept funds only from the borrower and only if drawn on one of the specific financial institutions that were listed on the 1003 (for "stated" loans) or verified (for "full doc"loans)(continued below)

26) continued from above: by the lender during the processing or underwriting of the loan and drawn on the borrower's account (unless a cashier's check or bank check from a stated/verified institution is provided)

27) Closing Agent to notify us in writing prior to closing the loan if title to the subject property has changed hands within the past 180 days, and/or the new mortgage represents an increase of over twenty-five percent (25%)(Con

28) Continued from above:of a previous mortgage made during that same period; and/or the agent has knowledge of previous, concurrent, or subsequent transactions involving the borrower(s) or the subject property.

(29) THIS LOAN CANNOT DISBURSE UNTIL THE FOLLOWING DOCUMENTS HAVE BEEN REVIEWED AND APPROVED BY FGMC CLOSER. (NOTE, DOT AND RIDERS, TRUTH-IN-LENDING, HUD-1)

30) FIGURES ARE NOT ALLOWED TO CHANGE WITHOUT THE APPROVAL OF FGMC.

31) IF THE LOAN DOES NOT CLOSE, FGMC TO BE NOTIFIED AND THE FUNDS RETURNED IMMEDIATELY.

32) FINAL TITLE POLICY TO REFLECT NO EXCEPTIONS AS TO MATTERS OF SURVEY.  PLEASE ISSUE AN ALTA 100 OR 300 FOR SURVEY, 8.1 FOR EPA AND ANY OTHERS.

33) ALL TRANSACTIONS ON THE HUD-1 STATEMENT THAT ARE NOT REFLECTED AS A RECORDED PAYOFF ON TITLE MUST BE APPROVED BY FGMC PRIOR TO CLOSING.

34) Borrower to sign AKA at Closing.

(35) "Closing Agent to complete the "Customer Identification Form" and attach a copy of the documentation evidencing the borrowers identity. "

36) THIS IS A PURCHASE TRANSACTION. NO CASH OUT ALLOWED, NO RESCISSION WILL BE OBSERVED, ONLY OUR SECOND ALLOWED.

(37) ALL PAGES OF THE NOTE AND MORTGAGE/DEED OF TRUST AND ALL RIDERS TO BE INITIALED BY ALL BORROWERS

(38) ALL PAGES OF THE MORTGAGE/DEED OF TRUST AND ANY/ALL RIDERS TO BE RETURNED WITH THE CLOSING PACKAGE.

(39) LEGIBLE COPY OF HOMEOWNERS INSURANCE

(40) p. 829 of contract. new construction addendum

☒ All circled conditions needed to fund ☒

Initials: ___

LENDER SUPPORT SYSTEMS, INC. CDN-156.GEN

# NOTICE

# WITHIN 24 HOURS OF CLOSING:

# COMPLETE CLOSING PACKAGE AND ORIGINAL EXECUTED NOTE & COPY OF THE MORTGAGE IS TO BE RETURNED OVERNIGHT COURIER TO:

## First Guaranty Mortgage Corporation
### 8180 Greensboro Drive #500
### McLean, VA 22102
### ATTN: Document Control / Closing
## Attn: David Jerge
## Document Control/Closing

---

**If the above instructions are not complied with, FGMC will charge the closing agent a $100.00 per day penalty.**

---

| CLOSING AGENT SIGNATURE | Paul J. Fleming |
| --- | --- |
| | PRINTED NAME OF CLOSING AGENT |

This form must be returned in order to obtain a funding number.

FLEMING_00053

# NOTICE

## You cannot disburse without receiving a
## WRITTEN FUNDING CONTROL
## NUMBER from
## First Guaranty Mortgage Corporation

**BORROWER:** _Cheryl Y. Waters_

**LOAN # :** _3200701234_

**BORROWERS BOTTOM LINE FIGURE $_____**

---

To be completed by FGMC:

FGMC funding control number _12441_

_____       _____
FGMC closing department signature       Date funding number was issued

---

## Please return the completed form with the closing
## package within 24 hours of receiving the funding
## control number to:

### First Guaranty Mortgage Corp
### 8180 Greensboro Drive #500
### McLean, VA 22102
### ATTN:  David Jerge / Document Control / Closing

I understand that I am not authorized to disburse the funds from First Guaranty Mortgage Corp until I
obtain a funding control number issued above.

_____       _Paul J. Fleming_____
CLOSING AGENT SIGNATURE                PRINTED NAME OF CLOSING AGENT

**THIS FORM MUST BE RETURNED WITH THE FINAL HUD-1 BEFORE A
WRITTEN FUNDING NUMBER WILL BE ISSUED.**

Funding numbers will be issued Monday – Friday, 8:30 a.m. – 4:45 p.m. EST only.

FLEMING_00054

**G** *First Guaranty*
*Mortgage Corporation*

1300 Highway 35 | Plaza II, Suite 204
Ocean, New Jersey 07712

*SSPGS*

*From*

| To: | *Closing* *Dept* | From: | Jennifer Barton
732.663.1900 ext. 30 (phone)
800-524-9052 (fax)
JBarton@fgmc.com |
| Fax: | 770-933-0015 | Pages: | |
| Phone: | 770-933-0033 | Date: | 2/20 |
| Re: | | | *Waters* 3005705234- 524 mt. |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

*Malloway Closing 2/22/07*

Please fax the following items in order to receive a funding control number:

1. HUD-1 signed by all parties
2. Signed 1003 generated by FGMC (emailed with closing package) — *need p. 5*
3. Completed Real Estate Tax Certification Form
4. FGMC signed 24 hour notice – emailed with closing package
5. FGMC signed funding notice – emailed with closing package
6. Clear photo ID for all borrowers, showing current address and customer identification form, completed
7. Signed TIL, itemization & notice of right to cancel (if applicable)
8. Circled funding conditions from the closing instructions attached ***

*You also need p. 5 prior to closing*

*please see addendum 1*

*(#p. 8 & 9 of contract new construction addendum)*
*(#4) termite  (#10) corrected title*
*(#29) note/mtg  (#3) legible hazard insurance*

**Funding conditions must be faxed by 4:45 pm EST to receive a funding number.**

All originals must be returned in the closed loan package or the funding number is null and void.

This message is intended only for the use of individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above via the U.S. postal service.

*Underwriting the American Dream™*

FLEMING_00061

**G T** *First Guaranty*
*Mortgage Corporation*

1300 Highway 35 | Plaza II, Suite 204
Ocein, New Jersey 07712

2495

To: From Ginger                    To

Closing
Dept

From: **Jennifer Barton**
**732.663.1900 ext. 30 (phone)**
**800-524-9052 (fax)**
**JBarton@fgmc.com**

| | | | |
|---|---|---|---|
| Fax: | 770-933-0015 | Pages: | |
| Phone: | 770-933-0033 | Date: | 2/20 |
| Re: | Waters 3205700234 - 524 mt. | | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Mailaway Closing 2/22/07

Please fax the following items in order to receive a funding control number:

1. HUD-1 signed by all parties
2. Signed 1003 generated by FGMC (emailed with closing package)
3. Completed Real Estate Tax Certification Form
4. FGMC signed 24 hour notice – emailed with closing package
5. FGMC signed funding notice – emailed with closing package
6. Clear photo ID for all borrowers, showing current address and customer identification form, completed
7. Signed TIL, Itemization & notice of right to cancel (if applicable)
8. ** Circled funding conditions from the closing instructions attached ***

Please see addendum

_____

_____

_____

**Funding conditions must be faxed by 4:45 pm EST to receive a funding number.**

**All originals must be returned in the closed loan package or the funding number is null and void.**

This message is intended only for the use of individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address above via the U.S. postal service.

*Underwriting the American Dream™*

FLEMING_00062

**Paul J. Fleming**
**Attorney at Law**
**3875 Mansell Road, Suite 270**
**Alpharetta, GA 30022**
**Phone (770) 933-0033**
**Facsimile (770) 933-0015**

To: Jennifer   F·524·9052

From: Ginger

Date: 2/21

Re: Waters - 524 Mt Gerizim

Number of Pages (with cover): 3

HUD for approval, revised Sch A, & ICL



FLEMING_00063

File No. 833FS/524 - Waters   Page #1

**FROM:**
Mark Cato
Mark Cato Appraisals
P.O. 801357
Axworth, GA 30101

Telephone Number: 678-773-5452     Fax Number: 678-581-1051

**TO:**
Ar: Guyton
Your Mortgage Source
5030 Royal Blvd. South
Suite 150
Alpharetta, GA 30022
Telephone Number:              Fax Number:
Alternate Number:              E-Mail:

# INVOICE

INVOICE NUMBER: 0000524

DATE: 02/05/2007

REFERENCE
Internal Order #: 0000524
Lender Case #:
Client File #:
Main File # on form: 833FS/524 - Waters
Other File # on form: 524- Waters
Federal Tax ID:
Employer ID:

A charge of $ 25.00 per month will be applied to all accounts over 30 days. Failure to pay promptly will result in or requiring advance payment in the future.

**DESCRIPTION**

Lender: Your Mortgage Source          Client: Your Mortgage Source
Purchaser/Borrower: Cheryl E. Waters
Property Address: 524 Mount Gerlzim Rd SE
City: Mableton
County: Cobb          State: GA          Zip: 30126-6410
Legal Description: LL 0293, 16th District, 2nd Section, Parcel 027, Unit 02, Lot 78

| | |
|---|---|
| Full Appraisal | 300.00 |
| Rental comps and income statement | 50.00 |
| Re-Inspect 01/31/2007 | 50.00 |
| Request "5th" Comparable (02/02/2007) | 25.00 |
| **SUBTOTAL** | **425.00** |

| | | |
|---|---|---|
| Check #: 2014 | Date: 12/15/2006 | Description: Paid | 350.00 |
| Check #: | Date: | Description: |
| Check #: | Date: | Description: |
| **SUBTOTAL** | | **350.00** |
| **TOTAL DUE** | $ | **75.00** |

Form NIV5 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
Mark Cato Appraisals (678) 773-5452

FLEMING_00060

# EXHIBIT "C"

LOAN NAME: WATERS    O□H    Art                    LOAN NO.: 3200701235

## ADDENDUM TO CLOSING INSTRUCTIONS

### FUNDING CONDITIONS                    678 808 2437 2401

The following conditions must be met prior to funding.  Please include all necessary documentation with the funding package.

1) **BROKER TO PROVIDE** ** FULLY EXECUTED FAIR LENDING DISCLOSURE

2) SATISFACTORY EVIDENCE OF SOIL TREATMENT FOR WOOD DESTROYING INSECTS UW TO REVIEW

3) THIRD PARTY FEES COLLECTED ON HUD1/SETTLEMENT STATEMENT MUST BE SUPPORTED BY AN INVOICE

4) FINAL HUD1/SETTLEMENT STATEMENT TO REFLECT EMD OF $500; MAXIMUM SELLER CONTRIBUTION IS LESSOR OF ACTUAL CLOSING COSTS OR 3% OF PURCHASE PRICE

5) CPL LETTER TO REFLECT BORROWERS NAME AND PROPERTY ADDRESS

6) FUNDS FOR CLOSING DRAWN FROM FINANCIAL CREDIT UNION, ACCOUNT #11010479. PLEASE FAX A COPY OF CHECK TO FGMC

7) PLEASE PAY HAZARD PREMIUM AT CLOSING OR PROVIDE PAID RECEIPT. MUST BE NOTED ON HUD-1

8) BROKER MUST BE APPROVED AND IN GOOD STANDING WITH FGMC PRIOR TO THIS LOAN BEING FUNDED

9) CLOSED LOAN PACKAGE TO BE RETURNED TO OUR VA OFFICE. FGMC ATTN:DAVID JERGE 8180 GREENSBORO DRIVE MCLEAN VA 22102

10) SCH. A TO REFLECT BUYERS NAME

11) IF YOU NEGLECT TO SEND ANY OF THE ITEMS REQUESTED.  IT WILL BE THE RESPONSIBILITY OF THE TITLE / ATTORNEY TO PROVIDE AFTER THE FACT AT THEIR COST..  ANY LOSSES RESULTING FROM NOT SENDING UPON REQUEST WILL BE YOURS.

12) THE WITNESS(ES) MUST SIGN THE DEED OF TRUST/MORTGAGE ON THE WITNESS SIGNATURE LINE.  THE NOTARY SEALS MUST BE LEGIBLE ON COPIES OF THE DEED OF TRUST/MORTGAGE.

13) FLOOD CERTIFICATION AND SIGNED NOTIFICATION LETTER TO BE SIGNED BY BORROWER AT SETTLEMENT

14) BORROWERS TO SIGN THEIR NAMES AS THEY APPEAR ON ALL LOAN DOCUMENTS.

15) HUD-1 TO BE FAXED PRIOR TO AND AFTER THE SIGNING OF THIS TRANSACTION FOR APPROVAL. IF HUD-1 IS NOT APPROVED BY LENDER YOU WILL BE RESPONSIBLE FOR ANY ERRORS AFTER SETTLEMENT TO BE CORRECTED.

16) REAL ESTATE TAXES DUE WITHIN 60 DAYS OF SETTLEMENT MUST BE COLLECTED AND PAID OF RECORD.

17) ORIGINAL TITLE COMMITMENT TO BE SENT IN CLOSED LOAN PACKAGE. LOAN AMOUNT OF $ MORTGAGEE CLAUSE:  FIRST GUARANTY MORTGAGE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS, AS THEIR INTEREST

18) ALL PREVIOUS LIENS OF ANY KIND, INCLUDING JUDGEMENT TO BE PAID  OFF AND RELEASED, FGMC TO BE IN 1ST LIEN POSITION.

19) THE TITLE COMPANY MUST CERTIFY THAT THERE HAS BEEN NO TRANSFER OF TITLE DURING THE 12 MONTHS PRIOR TO CLOSING ON ALL PURCHASE TRANSACTIONS.   IF A TRANSFER HAS OCCURED, CONTACT THE CLOSING DEPARTMENT

20) YOU MUST RECEIVE A WRITTEN APPROVAL AND FUNDING NUMBER FROM FGMC PRIOR TO DISBURSING THE FUNDS

21) PLEASE FAX THE SIGNED HUD1, SIGNED FGMC 1003, 24 HOUR NOTICE, COMPLETED TAX CERTIFICATION FORM, FUNDING LETTER, TRUTH-IN- LENDING, ITEMIZATION

22) Closing Agent to accept funds only from the borrower and only if drawn on one of the specific financial institutions that were listed on the 1008 (for "stated" loans) or verified (for "full doc" loans)(continued below)

23) continued from above; by the lender during the processing or underwriting of the loan and drawn on the borrower's account (unless a cashier's check or bank check from a stated/verified institution is provided)

24) Closing Agent to notify us in writing prior to closing the loan if title to the subject property has changed hands within the past 180 days, and/or the new mortgage represents an increase of over twenty-five percent (25%)(Con

25) Continued from above of a previous mortgage made during that same period; and/or the agent has knowledge of previous, concurrent, or subsequent transactions involving the borrower(s) or the subject property.

26) THIS LOAN CANNOT DISBURSE UNTIL THE FOLLOWING DOCUMENTS HAVE BEEN REVIEWED AND APPROVED BY FGMC CLOSER. (NOTE, DOT AND RIDERS, TRUTH-IN-LENDING, HUD-1)

27) FIGURES ARE NOT ALLOWED TO CHANGE WITHOUT THE APPROVAL OF FGMC.

28) IF THE LOAN DOES NOT CLOSE, FGMC TO BE NOTIFIED AND THE FUNDS RETURNED IMMEDIATELY.

29) FINAL TITLE POLICY TO REFLECT NO EXCEPTIONS AS TO MATTERS OF SURVEY.  PLEASE ISSUE AN ALTA 100 OR 300 FOR SURVEY. IL1 FOR EPA AND ANY OTHERS.

30) ALL TRANSACTIONS ON THE HUD-1 STATEMENT THAT ARE NOT REFLECTED AS A RECORDED PAYOFF ON TITLE MUST BE APPROV'D BY FGMC PRIOR TO CLOSING.

31) Borrower to sign AKA at Closing.

32) **Closing Agent to complete the "Customer Identification Form" and attach a copy of the documentation evidencing the borrowers identity. **

33) THIS  IS A PURCHASE TRANSACTION, NO CASH OUT ALLOWED, NO RESCISSION WILL BE OBSERVED, ONLY OUR SECOND ALLOWED.

34) ALL PAGES OF THE NOTE AND MORTGAGE/DEED OF TRUST AND ALL RIDERS TO BE INITIALED BY ALL BORROWERS

35) ALL PAGES OF THE MORTGAGE/DEED OF TRUST AND ANY/ALL RIDERS TO BE RETURNED WITH THE CLOSING PACKAGE

36) **BROKER TO PROVIDE** SIGNED & DATED 1003, GFE & TIL FOR CORRECT LOAN AMOUNT: PROOF ARM DISCLOSURE WAS ISSUED WITHIN COMPLIANCE

✗ ALL circled conditions required to Fund ✗

Initials: _____

LENDER SUPPORT SYSTEMS, INC. GEN-189.OEN

# EXHIBIT "D"

10444404

LOAN NAME: WATERS

LOAN NO.: 3200701234

## ADDENDUM TO CLOSING INSTRUCTIONS
### FUNDING CONDITIONS

The following conditions must be met prior to funding. Please include all necessary documentation with the funding package.

1) FULLY EXECUTED ADDENDA REFERENCED AT #15 OF NEW CONSTRUCTION PURCHASE AND SALE AGREEMENT. UW TO REVIEW

2) **BROKER TO PROVIDE** SIGNED & DATED 1003, GFE & TIL FOR CORRECT LOAN AMOUNT: PROOF ARM DISCLOSURE WAS ISSUED WITHIN COMPLIANCE

3) **BROKER TO PROVIDE** FULLY EXECUTED FAIR LENDING DISCLOSURE

4) SATISFACTORY EVIDENCE OF SOIL TREATMENT FOR WOOD DESTROYING INSECTS. UW TO REVIEW

5) THIRD PARTY FEES COLLECTED ON HUD1/SETTLEMENT STATEMENT MUST BE SUPPORTED BY AN INVOICE

6) FINAL HUD1/SETTLEMENT STATEMENT TO REFLECT EMD OF $500; MAXIMUM SELLER CONTRIBUTION IS LESSOR OF ACTUAL CLOSING COSTS OR 3% OF PURCHASE PRICE

7) APPRAISER TO PROVIDE CORRECT CENSUS TRACT (0319.11)

8) CPL LETTER TO REFLECT BORROWERS NAME AND PROPERTY ADDRESS

9) FUNDS FOR CLOSING DRAWN FROM FINANCIAL CREDIT UNION, ACCOUNT #11010479. PLEASE FAX A COPY OF CHECK TO FGMC

10) SCH A TO REFLECT PROPOSED INSURED AS CHERYL Y. WATERS

11) PLEASE PAY HAZARD PREMIUM AT CLOSING OR PROVIDE PAID RECEIPT. MUST BE NOTED ON HUD-1

12) BROKER MUST BE APPROVED AND IN GOOD STANDING WITH FGMC PRIOR TO THIS LOAN BEING FUNDED

13) CLOSED LOAN PACKAGE TO BE RETURNED TO OUR VA OFFICE. FGMC ATTN:DAVID JERGE 8180 GREENSBORO DRIVE STE 500 MCLEAN VA 22102

14) IF YOU NEGLECT TO SEND ANY OF THE ITEMS REQUESTED. IT WILL BE THE RESPONSIBILITY OF THE TITLE / ATTORNEY TO PROVIDE AFTER THE FACT AT THEIR COST.. ANY LOSSES RESULTING FROM NOT SENDING UPON REQUEST WILL BE YOURS.

15) THE WITNESS(ES) MUST SIGN THE DEED OF TRUST/MORTGAGE ON THE WITNESS SIGNATURE LINE. THE NOTARY SEALS MUST BE LEGIBLE ON COPIES OF THE DEED OF TRUST/MORTGAGE

16) FLOOD CERTIFICATION AND SIGNED NOTIFICATION LETTER TO BE SIGNED BY BORROWER AT SETTLEMENT

17) BORROWERS TO SIGN THEIR NAMES AS THEY APPEAR ON ALL LOAN DOCUMENTS.

18) HUD-1 TO BE FAXED PRIOR TO AND AFTER THE SIGNING OF THIS TRANSACTION FOR APPROVAL. IF HUD-1 IS NOT APPROVED BY LENDER YOU WILL BE RESPONSIBLE FOR ANY ERRORS AFTER SETTLEMENT TO BE CORRECTED.

19) REAL ESTATE TAXES DUE WITHIN 60 DAYS OF SETTLEMENT MUST BE COLLECTED AND PAID OF RECORD.

20) ORIGINAL TITLE COMMITMENT TO BE SENT IN CLOSED LOAN PACKAGE. LOAN AMOUNT OF $_____ MORTGAGEE CLAUSE: FIRST GUARANTY MORTGAGE CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS, AS THEIR INTEREST MAY APPEAR

21) ALL PREVIOUS LIENS OF ANY KIND, INCLUDING JUDGMENT TO BE PAID OFF AND RELEASED. FGMC TO BE IN 1ST LIEN POSITION.

22) THE TITLE COMPANY MUST CERTIFY THAT THERE HAS BEEN NO TRANSFER OF TITLE DURING THE 12 MONTHS PRIOR TO CLOSING ON ALL PURCHASE TRANSACTIONS.    IF A TRANSFER HAS OCCURED, CONTACT THE CLOSING DEPARTMENT

23) YOU MUST RECEIVE A WRITTEN APPROVAL AND FUNDING NUMBER FROM FGMC PRIOR TO DISBURSING THE FUNDS

24) PLEASE FAX THE SIGNED HUD1, SIGNED FGMC 1003, 24 HOUR NOTICE, COMPLETED TAX CERTIFICATION FORM, FUNDING LETTER, TRUTH-IN- LENDING, ITEMIZATION

25) Closing Agent to accept funds only from the borrower and only if drawn on one of the specific financial institutions that were listed on the #5501 (for "stated" loans) or verified (for "full doc"loans)(continued below)

26) Continued from above: by the lender during the processing or underwriting of the loan and drawn on the borrower's account (unless a cashier's check or bank check from a stated/verified institution is provided)

27) Closing Agent to notify us in writing prior to closing the loan if title to the subject property has changed hands within the past 180 days, and/or the new mortgage represents an increase of over twenty-five percent (25%)(Con

28) Continued from above:of a previous mortgage made during that same period; and/or the agent has knowledge of previous, concurrent, or subsequent transactions involving the borrower(s) or the subject property.

29) THIS LOAN CANNOT DISBURSE UNTIL THE FOLLOWING DOCUMENTS HAVE BEEN REVIEWED AND APPROVED BY FGMC CLOSER. (NOTE, EXIT AND RIDERS, TRUTH-IN-LENDING, HUD-1)

30) FIGURES ARE NOT ALLOWED TO CHANGE WITHOUT THE APPROVAL OF FGMC.

31) IF THE LOAN DOES NOT CLOSE, FGMC TO BE NOTIFIED AND THE FUNDS RETURNED IMMEDIATELY.

32) FINAL TITLE POLICY TO REFLECT NO EXCEPTIONS AS TO MATTERS OF SURVEY. PLEASE ISSUE AN ALTA 100 OR 300 FOR SURVEY, 6.1 FOR EPA AND ANY OTHERS.

33) ALL TRANSACTIONS ON THE HUD-1 STATEMENT THAT ARE NOT REFLECTED AS A RECORDED PAYOFF ON TITLE MUST BE APPROVED BY FGMC PRIOR TO CLOSING.

34) Borrower to sign AKA at Closing.

35) "Closing Agent to complete the "Customer Identification Form" and attach a copy of the documentation evidencing the borrowers identity. "

36) THIS IS A PURCHASE TRANSACTION. NO CASH OUT ALLOWED, NO RESCISSION WILL BE OBSERVED, ONLY OUR SECOND ALLOWED.

37) ALL PAGES OF THE NOTE AND MORTGAGE/DEED OF TRUST AND ALL RIDERS TO BE INITIALED BY ALL BORROWERS

38) ALL PAGES OF THE MORTGAGE/DEED OF TRUST AND ANY/ALL RIDERS TO BE RETURNED WITH THE CLOSING PACKAGE

39) LEGIBLE COPY OF HOMEOWNERS INSURANCE

40) p. 8 & 9 of contract. new construction addendum

Initials:_____

*All circled conditions needed to fund*

LENDER SUPPORT SYSTEMS, INC. CCN-159.GEN